

.GINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALI ABDULAMIR DAHER,

Defendant.

_____/

Case No. 03-80079
Hon. George Caram Steeh

FILED
'04 DEC 28 P12:14
U.S. DIST. COURT CLERK
EAST DIST. MICH
DETROIT-PSG

## MOTION TO EXTEND REPORTING DATE

NOW COMES Defendant Ali Abdulamir Daher, by and through his attorney, William W. Swor, and moves this Honorable Court to enter an Order extending reporting date showing as follows:

1.   Defendant has been directed to report at the designated institution on January 2, 2005.

2.   As the Court well knows Defendant has substantial family issues relating to the health and welfare of his disabled daughter and his other five children.

3.   Defendant's disable daughter, Mona, is scheduled for an evaluation at the University of Michigan Medical Center on February 14, 2005.

4.   It is necessary for Defendant to assist his wife and take his daughter to this appointment.

5.   Further, Defendant's wife and six children are dependent upon Defendant's susbsistence of employment and the medical assistance they receive through the

State of Michigan Family Independence Agency Work First Program/

6. Although Defendant is currently laid off, he is informed that he will return to work on or before December 29, 2004. If Defendant is instructed to return to work and fails to do so, whether he refuses to return to employment, or he goes to jail, his family's medical benefits will be cut off (attached).

7. Given Defendant's daughter medical condition the suspension or termination of her medical benefits will be tantamount to disaster for the family, and will make an already impossible situation worse.

8. Defendant, requesting the mercy of the Court, prays this Honorable Court grant him yet another extension of the time frame to report in order to allow him to care for his grievously ill daughter and attempt to find some alternative source of medical care during his absence.

9. Counsel has discussed this matter with the government and has been informed that the United States objects to this request for extension.

WHEREFORE, Defendant prays this Honorable Court enter an Order extending the time for him to report to the designated institution to March 1, 2005.

Respectfully submitted,

WILLIAM W. SWOR   (P21215)
Attorney for Defendant
3060 Penobscot Building
645 Griswold Street
Detroit, Michigan 48226
(313) 967-0200

Dated: December 28, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALI ABDULAMIR DAHER,

        Defendant.

_____/

Case No. 03-80079
Hon. George Caram Steeh

## PROOF OF SERVICE

STATE OF MICHIGAN )
               )SS
COUNTY OF WAYNE )

William W. Swor, being first duly sworn, deposes and says that on the 28th day of

December 2004, he served a copy of the MOTION TO EXTEND REPORTING DATE and

BRIEF IN SUPPORT OF MOTION TO EXTEND REPORTING DATE in the above-entitled

matter by placing same in an envelope and hand delivering it to: Kenneth R. Chadwell, Assistant

United States Attorney, 211 West Fort Street, Suite 2001, Detroit, Michigan 48226.

_____
William W. Swor

Case 2:07-cv-15474-PDB-RSW Doc # 11 Filed 12/28/04 Page 4 of 5

We need your help to decide about your ☐ Family Independence Program,
☐ Child Development & Care, ☐ State Disability Assistance, ☒ Medical Assistance.
☒ Food Assistance Program, ☐ SER, ☐ Other. To help us, please:

The Family Independence Agency will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, height, weight, marital status, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to an FIA office in your county.

| Service Client ID | | | |
|---|---|---|---|
| 87462024 | | | |
| Case Number | | | Date |
| V3394441A | | | 12/17/04 |
| County | District | Section | Unit | Specialist |
| 82 | 17 | 00 | 30 | 27 |

**Important Information**
Call me right away if you cannot come to the interview or if you have any questions or problems getting the proofs. I will help you get the proofs if you ask for help. If the information must be provided on an FIA form, the form is enclosed.

You must get the proofs to me or call me by the due date below. If you do not your benefits may be denied or cancelled.

Ali A Dabar
7756 Steadman St

Dearborn MI 48126

☐ Complete and return the enclosed application
☒ Provide the proofs listed below
Location: __Wayne/Greenfield/Joy 8655 Greenfield Detroit__
☐ Attend an interview on _____ ☐ am ☐ pm
Please bring all the required proofs with you.
_____ must also come to the interview
☐ _____

| DUE DATE | SPECIALIST NAME | TELEPHONE | FAX # |
|---|---|---|---|
| 12-27-04 | E. Dillard | (313) 943-5271 | |

**PERSONAL AND FAMILY RECORDS**
☐ Drivers license/ID card for
☐ Health insurance card(s) for
☐ Proof of school attendance (FIA-3380) for
☐ Proof of Immigration/Alien Status for
☐ Copy of court papers on divorce, separation or child support,
☐ Paternity acknowledgment for
☐ FIA-1201, Non-FIP Child Support Services Application
☐ FIA-4578, Child Day Care Services Education Verification
☐ FIA-4575, Child Development and Care Family Preservation Need Verification
☐ FIA-220, Day Care Aide/Relative Care Provider Application
☐ Proof of pregnancy and expected date of delivery
☐ FIA-54A, Medical Needs
☐ FIA-49, Medical Examination Report
☐ Social Security Card for
☐ Other

**INCOME RECORDS** (For you and everyone living in your home)
Proof of the Amount Received From:
☐ Records for self-employment including farm income for month(s) of or year ending
☐ Child Support/Alimony for
☐ Unemployment Compensation (UCB) (FIA-32, Claims form).
☐ Sick benefits/Worker's Compensation/Disability benefits
☐ Social Security/Supplemental Security Income(RSDI/SSI)
☐ Veterans Benefits ☐ Pensions/Retirement Benefits
☐ Income from renters, roomers and/or boarders
☐ Military Allotment
☒ Bring records of all income that you have.
☐ Gaming Distributions (casino profit sharing)
☒ Pay stubs for __LAST 30 DAYS__
☒ FIA-38, Verification of Employment Income

**ASSET RECORDS** (For you and everyone living in your home)
☐ Current (within last 30 days) bank and/or credit union account statements for savings, checkings, loans, etc. (FIA-20, Verification of Assets.)
☐ Titles to any cars, trucks, snowmobiles, campers, boats, farm equipment, motorcycles, trailers, etc., that you own or are buying
☐ Records of any assets sold or transferred in the last 36 months
☐ Current status of pending lawsuit(s)
☐ Statement from a nursing home of money held for you
☐ Copy of original trust papers and any changes
☐ Stocks, bonds, notes, saving certificates, money market accounts
☐ Deeds to all real estate you own or are buying
☐ Records of all mortgages or land contracts you hold
☐ Life Insurance – proof of ownership, face value, and current cash surrender value (FIA-4786, Life Insurance Verification)
☐ Annuity policies, amount in IRA, 401K, etc.
☐ Burial accounts
☐ Records for all assets that you have.

**HOUSEHOLD EXPENSES**
☐ FIA-3688, Shelter Verification form
☐ Current rent or house payment receipts
☐ Mortgage or land contract on home you are buying
☐ Property tax and insurance bills on your home for past year
☐ Current bills or receipts for gas, electricity, sewage and water, garbage removal, telephone
☐ Current medical or child care bills or receipts
☐ Health or medical insurance premium
☐ Child support expenses
☒ Other

**PLEASE RETURN COMPLETED FORM AND PROOFS TO FYICE BY MAIL OR DROP OFF.**

Family Independence Agency (FIA) no discrimina contra ningún individuo o grupo a causa de su raza, sexo, religión, edad, origen nacional, color de piel, estatura, peso, estado matrimonial, creencias políticas o incapacidad. Si Ud. necesita ayuda para leer, escribir, oír, etc., bajo la Acta de Americanos con incapacidades, usted está invitado a hacer saber sus necesidades conocidas a una oficina de FIA en su condado.

Original - Client ___ Copy - Case Record

FIA-3503 (Rev. 7-04) Previous edition may be used. MSWord

# VERIFICATION OF EMPLOYMENT
## State of Michigan
## Family Independence Agency

The Family Independence Agency will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, height, weight, marital status, political beliefs or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Act, you are invited to make your needs known to an FIA office in your county.

| AUTHORITY: | PA 280 of 1939, MCL 400.83 |
|---|---|
| COMPLETION: | Required |
| PENALTY: | May result in issuance of an enforceable subpoena. |

Employer Name and Address

| Grantee Name |
|---|
| Ali A Daher |

| Case Number |
|---|
| V3394441A |

| Grantee Client ID | Date |
|---|---|
| 87462024 | 12/17/04 |

| County | District | Section | Unit | Specialist |
|---|---|---|---|---|
| 82 | 17 | 00 | 30 | 27 |

**EMPLOYER**—I authorize you to provide the information requested in the following sections marked with an X.

Please return in the enclosed envelope by:

| Return Date |
|---|
| 12/27/04 |

| Specialist (Name) | Phone Number | Fax Number |
|---|---|---|
| E. Dillard | (313) 943-5271 | (313) 943-5230 |

| County Office | | | |
|---|---|---|---|
| Wayne/Greenfield/Joy | 8655 Greenfield | Detroit | MI 48228 |

| Employee Name | Social Security Number |
|---|---|
| Daher, Ali A | 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 |

| Address (Number and Street Name, Apt., etc.) | City | State | Zip Code |
|---|---|---|---|
| 7756 Steadman St | Dearborn | MI | 48126 |

## ☒ SECTION 1 - EMPLOYMENT INFORMATION

| Current Employment Status | ☐ Previously employed | Date Employment Began | Date of First Paycheck | ☐ First Check Full |
|---|---|---|---|---|
| ☐ Employed | ☐ Never Employed | | | ☐ First Check Partial |

| Occupation | Type of Employment ☐ Permanent ☐ Temporary | Date Expected to End | Date of Last Paycheck |
|---|---|---|---|

| Number of hours expected to work per week | How Often Paid ☐ Every 2 Weeks ☐ Monthly ☐ Weekly ☐ Twice Monthly ☐ Other (Explain) | Day of Week Paid |
|---|---|---|

Daily Work Schedule (example 9:00 AM - 4:30 PM)

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|

| Rate of Pay | ☐ Hourly | Are Tips Received? | Are tips included in gross income: |
|---|---|---|---|
| $ | ☐ Piece | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Salary | Average Amount of Tips | |
| ☐ Other (Explain) | | | |

Reason for Termination
☐ Quit ☐ Laid Off ☐ Fired
☐ Off Temporarily (Explain)
☐ Other (Explain)

$____ Per Hour OR $____ Per Week

## ☐ SECTION 2 - INSURANCE / RETIREMENT INFORMATION

| Does Employer Offer Health Plan? ☐ Yes ☐ No | Is Employee Enrolled in Employer's Health Plan? ☐ Yes ☐ No | Health Plan Premium (even if not enrolled) $ ☐ per pay ☐ other ____ |
|---|---|---|

| Does Employee Have Cafeteria-Style Benefit Plan? ☐ Yes ☐ No | Does Employee Have 401K or Other Retirement Plan? ☐ Yes ☐ No |
|---|---|

| Insurance Contract(s) Which Cover Employee | Is Coverage Available to Employee? | Name(s) of Insurance Company(s) |
|---|---|---|
| ☐ Hospital | ☐ No | |
| ☐ Medical | ☐ Yes | |
| ☐ Dental | If Yes, indicate Type(s) Available ↓ | |
| ☐ Vision | | |
| ☐ None - If None → | | |

| Does / Did Employee Participate in Stock, Bond, Credit Union, Deferred Compensation, Retirement or Other Resource Development Plan? ☐ No ☐ Yes - If Yes → | Indicate Type of Deduction | Amount of Deduction $ |
|---|---|---|

In accordance with the provisions of 1939 P.A. 280, Section 8 and 83; being MCL 400.8 and 400.83; employers are hereby required to provide the Michigan Family Independence Agency copies of certain papers, records and documents relevant to investigation in the matter listed above.

FIA-38 (Rev. 7-04) MSWord                    1

## VERIFICATION CHECKLIST

Grantee Name