**FILED**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAN - 6 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

Case No. 03-80079

HON. GEORGE CARAM STEEH

ALI ABDULAMIR DAHER,

Defendant(s).

_____/

## ORDER DENYING MOTION TO EXTEND REPORTING DATE

Defendant having filed a motion to extend reporting date on December 28, 2004 and the Court not having an opportunity to review said motion until Monday, January 3, 2005; and being advised that the defendant has reported to the designated institution as required on January 2, 2005, therefore

IT IS ORDERED that defendant's motion to extend reporting date is denied as moot.

GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: **JAN - 5 2005**