**FILED**

JAN 1 0 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISSAM HASSAN FAWAZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Civil Case # 04-CV-75015-DT

Crim. Case #03-CR-80079-07-DT

HON. GEORGE CARAM STEEH

## ORDER REQUIRING RESPONSIVE PLEADING

Plaintiff Issam Hassan Fawaz  having filed a Motion under 28 U.S.C. 2255  to

Vacate Sentence on December 27, 2004,

IT IS HEREBY ORDERED that the defendant file a response on or before

**FEBRUARY 25, 2005.**

_____
GEORGE CARAM STEEH
United States District Judge

Dated: __1/10/05_____.
   Detroit, Michigan.


TO: Issam Hassan Fawaz 29965-039
  FCI - Morgantown
  P.O. Box 1000
  Morgantown   WV 26507-1000

  Asst. U.S. Attorney Ken Chadwell