



## UNITED STATES OF AMERICA
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

MOHAMAD ABDULAMIR DAHER
Defendant

Case No CR 03-80079-06
USM No. 31325-039
Judge George Caran Steeh

---

Morris Goodman P14166
Attorney for Defendant
14207 Ford Rd
Dearborn, Mi 48126
313-846-1900

---

## MOTION TO MODIFY PROBATION

NOW COME DEFENDANT MOHAMAD ABDUL AMIR DAHER by and through his attorney Morris Goodman, and for his Motion says as follows:

1. Defendant Mohamad Daher was sentenced on Aug 18, 2004 to a three term of probation with 150 days in a Community Correction Program and 90 days on a Home Confinement program and a fine of $60,000 which he is to pay "jointly and severally with codefendants."

2. The amount of Defendant's fine is $50 per month which he is current on.

3. Defendant has completed the Community Corrections and Home Confinement portions of his probation.

4. Defendant's probation officer indicates that Defendant, by reporting punctually, being employed, cooperating with the authorities, and taking care of his family, is essentially a model probationer.

5. There is no reason that Defendant should have to continue to report in person to the Probation Department because there is no reason to believe that Defendant would do anything to violate his probation.

6. Defendant also would like to only have to pay the $50 a month for the rest of the 2 years left on probationary time.

WHEREFORE DEFENDANT prays this Honorable Court to either end his probation now, or allow his probation to be non-reporting and to limit the duration of his paying on his fine to 2 more years.

I declare under the penalties of perjury that the above statements are true to the best of my information and belief.

AUG 10, 2005

MOHAMD ABDULAMIR DAHER

MORRIS GOODMAN P14166