Prob. 35
(1/92)

Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

NOV 17 2006

U.S.
EASTERN MICHIGAN

UNITED STATES OF AMERICA

v.

Crim. No. 03-CR-80079-DT-07

ISSAM HASSAN FAWAZ

On September 30, 2005, the above named was placed on supervised release for a period of two years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

for Julie M. Grewe
United States Probation Officer
(313) 234-5415

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of __NOV 17 2006__ , 20____ .

Honorable George Caram Steeh
United States District Judge

Congratulations!