Prob. 35
(1/92)

Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

ALI ABDULAMIR DAHER

FILED
FEB - 7 2007
CLERK'S OFFICE
DETROIT

Crim. No. 03-CR-80079-DT-05

On May 3, 2005, the above named was placed on supervised release for a period of two years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

Julie M. Grewe
United States Probation Officer
(313) 234-5415

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____FEB - 7 2007_____, 20____.

Honorable George Caram Steeh
United States District Judge