UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FI** 

OCT - 8 2008

CLE·
U.S. DIS...  ...URT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

Case No. CR 03-80079-06
USM No. 31325-039
Hon. George Caran Steeh

vs.

MOHAMAD ABDULAMIR DAHER,

Defendant.

_____/

MORRIS H. GOODMAN (P 14166)
Attorney for Defendant
14207 Ford Road
Dearborn, Michigan 48126
(313) 846-1900

F I L E D
OCT - 8 2008
CLERK'S OFFICE
DETROIT

## MODIFY CONDITIONS OF PROBATION

NOW COMES Defendant, MOHAMAD ABDULAMIR DAHER, by and through his attorney, MORRIS H. GOODMAN, and moves this Honorable Court to Declare Restitution By Defendant to be Satisfied as follows:

1. Defendant, Mohamad Daher was sentenced on August 18, 2004 to a three term of probation with 150 days in a Community Correction Program and 90 days on the Home Confinement program and a fine of $60,000.00 which he is to pay "jointly and severally with codefendants."

2. The amount of Defendant's fine is $50.00 per month which he is current on.

3. Defendant has completed the Community Corrections and Home Confinement portions of his probation.

4. Defendant's probation officer indicates that Defendant, by reporting punctually, being employed, cooperating with the authorities, and taking care of his family, is essentially a model probationer.

5. It is Defendant's understanding that there are a number of other co-defendants also required to pay on the $60,000.00.

6. For a long period of time, Defendant has helped the U.S. Dept. of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in assisting in prosecutions against various people who are violating laws enforced by ATF.

7. Recently, Defendant has been instrumental in helping ATF Special Agent Troy Dannenfelser in apprehending and prosecuting a number of violators of ATF laws.

8. Special Agent Dannenfelser can verify the help that Defendant has provided. His telephone number is: (313)-202-3508.

9. Veronica L. Ross, who is U.S. Probation Officer has also been contacted.

10. Defendant has continued to work as a cook at Lance Big Boy Restaurant, 20788 Farmington Road, Farmington, Michigan 48336 (248) 477-2590 and his income has essentially remained the same since August of 2004, but his children have obviously gotten older and his expenses have increased.

11. Defendant has paid in restitution approximately $2,400.00.

12. Given the help that Defendant has provided the government, he would request that his payments toward the fine be eliminated.

WHEREFORE, prays that this Honorable Court declare that Restitution Made By Defendant, MOHAHAD DAHER To Be Satisfied.

2

I declare under the penalty of perjury that the above statements are true to the best of my information, knowledge and belief.

Dated: September 2, 2008      /s/    Mohamad Abdualmir Daher
                                      MOHAMAD ABDULAMIR DAHER

I declare that the statements above are true to the best of my information, knowledge and belief

Dated: September 2, 2008

/s/ Morris Goodman
Morris H. Goodman (P 14166)
Attorney for Defendant
14207 Ford Road
Dearborn, Michigan 48126-3148
(313) 846-1900

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MOHAMAD ABDULAMIR DAHER,

        Defendant.

Case No. CR 03-80079-06
USM No. 31325-039
Hon. George Caran Steeh

_____/

MORRIS H. GOODMAN (P 14166)
Attorney for Defendant
14207 Ford Road
Dearborn, Michigan 48126
(313) 846-1900

FILED
OCT - 8 2008
CLERK'S OFFICE
DETROIT

## BRIEF IN SUPPORT OF MOTION

Federal Judges, under federal law, have the authority to modify the terms of a probationary sentence upon good cause shown. That has already been done in this case in the last two years with respect to Defendant's reporting requirements to the probation office. Given the extraordinary assistance Defendant has given ATF in its enforcement efforts, the lifting of his continued payment on the $60,000 fine levied on all the Defendants who pled guilty seems not only fair, but just.

Respectfully submitted,

/s/ Morris Goodman
Morris Goodman P14166
Attorney for Defendant
14207 Ford Rd.
Dearborn, Mi 48126
313-846-1900

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MOHAMAD ABDULAMIR DAHER,

        Defendant.

Case No. CR 03-80079-06
USM No. 31325-039
Hon. George Caran Steeh

MORRIS H. GOODMAN (P 14166)
Attorney for Defendant
14207 Ford Road
Dearborn, Michigan 48126
(313) 846-1900

FILED
OCT - 8 2008
CLERK'S OFFICE
DETROIT

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2008, I served copies as follows

1. Document Served:      Motion to Modify Conditions of Probation

2. Served Upon:        US Attorney's Office
                        231 W. Fort St. Suite 2001
                        Detroit, Mi 48226

3. Method of Service:     First Class Mail

/s/ Morris Goodman
Morris Goodman P14166
Attorney for Defendant Mohamad Daher
14207 Ford Rd.
Dearborn, Mi 48126

2