UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                          Crim. Case #03-CR-80079

vs.

                          HON. GEORGE CARAM STEEH

D6 - MOHAMAD ABDULAMIR DAHER,

      Defendant.

_____/

## ORDER REQUIRING RESPONSIVE PLEADING

      Defendant Mohamad A. Daher having filed a Motion to Modify Conditions of

Probation (to declare restitution by defendant to be satisfied) on October 8, 2008,

      IT IS HEREBY ORDERED that the government file a response on or before

**November 14, 2008.**

                    s/George Caram Steeh
                    GEORGE CARAM STEEH
                    UNITED STATES DISTRICT JUDGE

Dated:  October 21, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 21, 2008, by electronic and/or ordinary mail.

                    s/M. Beauchemin
                    Case Manager/Deputy Clerk