UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 03-80079

vs.                                                          HON. GEORGE CARAM STEEH

MOHAMAD ABDULAMIR DAHER,

Defendant.

_____/

ORDER DENYING DEFENDANTS' MOTION TO
MODIFY CONDITIONS OF PROBATION (#263)

The court has reviewed defendant's motion to modify conditions of probation and the government's response in opposition.

Defendant has failed to establish cause for the relief sought.  Accordingly, defendant's motion is DENIED.

SO ORDERED.

Dated:  November 5, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 5, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk