UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMAD ABDULAMIR DAHER,

    Defendant.

Case No. CR 03-80079-06
USM No. 31325-039
Hon. George Caran Steeh

| U.S. ATTORNEY'S OFFICE | DAGHER GOODMAN DAGHER, PLLC |
|---|---|
| By:   Jacqueline M. Hotz (P 35219) | By:   Morris H. Goodman (P 14166) |
| Assistant U.S. Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 14207 Ford Road |
| Detroit, Michigan 48226 | Dearborn, Michigan 48126-3148 |
| (313) 226-9108 | (313) 846-1900 |

## MOTION TO DECLARE RESTITUTION BY
## DEFENDANT MOHAMAD DAHER TO BE SATISFIED

NOW COMES Defendant, MOHAMAD ABDULAMIR DAHER, by and through his attorney, MORRIS H. GOODMAN, and moves this Honorable Court to Declare Restitution By Defendant to be Satisfied as follows:

1.    Defendant, Mohamad Daher was sentenced on August 18, 2004 to a three term of probation with 150 days in a Community Correction Program and 90 days on the Home Confinement program and a fine of $60,000.00 which he is to pay "jointly and severally with codefendants."

2.    The amount of Defendant's fine is $50.00 per month which he is current on.

3.    Defendant has completed the Community Corrections and Home Confinement portions of his probation.

4. Defendant's probation has been a model probationer by reporting punctually, being employed, cooperating with the authorities, and taking care of his family, is essentially a model probationer.

5. It is Defendant's understanding that there are a number of other co-defendants also required to pay on the $60,000.00.

6. For a long period of time, Defendant has helped the U.S. Dept. of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in assisting in prosecutions against various people who are violating laws enforced by ATF.

7. He filed a Motion to eliminate his restitution in 2008 which was denied.

8. Nevertheless, Defendant has continued to be instrumental in helping ATF Special Agent Mike Stassi in apprehending and prosecuting a number of violators of ATF laws.

9. Special Agent Mike Stassi can verify the help that Defendant has provided. His telephone number is: (313)-600-1356.

10. Defendant has continued to work as a cook at Lance Big Boy Restaurant, 20788 Farmington Road, Farmington, Michigan 48336 (248) 477-2590 and his income has essentially remained the same since August of 2004, but his children have obviously gotten older and his expenses have increased.

11. Defendant has paid $11,633.50 in restitution including having $8,537.00 taken from his 2009 income refund. He attempted to have that amount returned but to no avail (see attached letters).

12. Given the help that Defendant has provided the government, he would request that his payments toward the fine be eliminated.

2

WHEREFORE, prays that this Honorable Court declare that Restitution Made By Defendant, MOHAHAD DAHER To Be Satisfied.

I declare under the penalty of perjury that the above statements are true to the best of my information, knowledge and belief.

Dated: August 3, 2010

/s/ Mohamad Abdulamir Daher
MOHAMAD ABDULAMIR DAHER

I declare that the statements above are true to the best of my information, knowledge and belief

Dated: August 3, 2010

/s/ Morris Goodman
Morris H. Goodman (P 14166)
Attorney for Defendant
14207 Ford Road
Dearborn, Michigan 48126-3148
(313) 846-1900

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

MOHAMAD ABDULAMIR DAHER,

        Defendant.

Case No. CR 03-80079-06
USM No. 31325-039
Hon. George Caran Steeh

| U.S. ATTORNEY'S OFFICE | DAGHER GOODMAN DAGHER, PLLC |
|---|---|
| By:   Jacqueline M. Hotz (P 35219) | By:   Morris H. Goodman (P 14166) |
| Assistant U.S. Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 14207 Ford Road |
| Detroit, Michigan 48226 | Dearborn, Michigan 48126-3148 |
| (313) 226-9108 | (313) 846-1900 |

## BRIEF IN SUPPORT OF MOTION TO DECLARE RESTITUTION BY DEFENDANT MOHAMAD DAHER TO BE SATISFIED

As the facts show, Defendant has been instrumental in assisting ATF in apprehending as well as prosecuting violators of ATF laws. Therefore, under 18 U.S.C. 3553(a), which is based on a defendant's post-sentencing rehabilitation as a permissible factor supporting a downward sentencing variance, it should apply here in Defendant's case. The U.S. Supreme Court in *Pepper v. United States*, No. 09-6822 (June 28, 2010 is presently deciding whether a federal district judge can consider a defendant's post-

sentencing rehabilitation as a permissible factor supporting a downward sentencing variance under 18 U.S.C. 3553(a).

Defendant's post judgment efforts for a long period of time should allow this Court to eliminate his restitution requirement.

Respectfully submitted'


Morris Goodman

Attorney for Mohamed Daher


2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        vs.

MOHAMAD ABDULAMIR DAHER,

    Defendant.

Case No. CR 03-80079-06
USM No. 31325-039
Hon. George Caran Steeh

-------------------------------------------------------------------------------------------------------------/

| U.S. ATTORNEY'S OFFICE | DAGHER GOODMAN DAGHER, PLLC |
|---|---|
| By:   Jacqueline M. Hotz (P 35219) | By:   Morris H. Goodman (P 14166) |
| Assistant U.S. Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 14207 Ford Road |
| Detroit, Michigan 48226 | Dearborn, Michigan 48126-3148 |
| (313) 226-9108 | (313) 846-1900 |

-------------------------------------------------------------------------------------------------------------/

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, I served copies as follows

1. Document Served:     Motion to Declare Restitution by Defendant Mohamad Daher to be Satisfied

2. Served Upon:     Jacqueline M. Hotz, Esq.
U.S. Attorney's Office
211 W. Fort St. - Suite 2001
Detroit, MI 48226

3. Method of Service:     First Class Mail

/s/ Morris Goodman
Morris Goodman P14166
Attorney for Defendant Mohamad Daher
14207 Ford Rd.
Dearborn, Mi 48126