UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Crim. Case #03-80079

vs.

                                          HON. GEORGE CARAM STEEH

D6 - MOHAMAD ABDULAMIR DAHER,

        Defendant.
_____/

### ORDER REQUIRING RESPONSIVE PLEADING

        Defendant Mohamad Abdulamir Daher having filed a Motion to Declare Restitution

to be Satisfied on September 17, 2010,

        IT IS HEREBY ORDERED that the government file a response on or before

**OCTOBER 29, 2010.**

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

Dated:  September 20, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 20, 2010, by electronic and/or ordinary mail.

                                s/M. Beauchemin
                                Deputy Clerk